UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

IN RE:                        )   CASE NO: 05-41659-659
                              )
ROBERT A GALEN                )
                              )   CHAPTER 13
                              )
                              )
          DEBTOR(S)            )

LIST OF UNCLAIMED FUNDS AND ENTITIES
WHICH ARE ENTITLED TO PAYMENT

COMES NOW JOHN V. LABARGE, JR., CHAPTER 13 TRUSTEE, AND PROVIDES LIST FOR FILING PURSUANT TO BANKRUPTCY RULE 3011. THE FOLLOWING IS A LIST OF ALL KNOWN NAMES AND ADDRESSES OF THE ENTITIES AND THE AMOUNTS WHICH THEY ARE ENTITLED TO BE PAID FROM REMAINING PROPERTY OF THE ESTATE THAT IS PAID HEREWITH INTO COURT PURSUANT TO 11 U.S.C. SECTION 347(A):

WORLDWIDE ASSET PURCHASING LLC
PO BOX 672047                           $          66.59

MARIETTA GA
474312              30006

                              /s/ John V. LaBarge, Jr.
                              -----------------------------------
DATE: July 30, 2010           JOHN V. LABARGE, JR.,
                              CHAPTER 13 TRUSTEE
                              P.O. Box 430908
                              St. Louis, MO 63143
BG -091                       (314) 781-8100   trust33@ch13stl.com